AO 456 (5/85) Notice

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

**UNITED STATES OF AMERICA** §
§
**vs.** § NO: DR:10-CR-00300(1) -
§
**(1) FRANCISCO AVILA LUCAS** §

| TYPE OF CASE: | | CIVIL | X | CRIMINAL |
|---|---|---|---|---|

**X** TAKE NOTICE That a proceeding in this case has been RESET for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courts - Federal Building<br>111 E. Broadway<br>Del Rio, Texas 78840 | Courtroom 3 |
| | DATE AND TIME<br>Thursday, March 12, 2015 at 10:00 AM |

TYPE OF PROCEEDING

**UNCONTESTED FINAL REVOCATION HEARING**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

JEANNETTE J. CLACK, Clerk
U.S. MAGISTRATE OR CLERK OF COURT

**February 26, 2015**                    /S/ Trini Barrientez - (830) 703-2054
*Date*                                             (BY) DEPUTY CLERK

TO:
   Hon. Ivan L. R. Lemelle
   U.S. Attorney's Office
   Defense Counsel
   U.S. Probation Office
   U.S. Pretrial Services Office
   U.S. Marshal Service